# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Natasha Kathleen Leroux;**<br>DOB: XX-XX-1988; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**15-07175MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 24, 2015, at or near Amado, in the District of Arizona, **Natasha Kathleen Leroux**, knowing and in reckless disregard of the fact that certain illegal aliens, Ricardo Ramirez-Vazquez and Juan Soto-Vega, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii),1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about April 24, 2015, at or near Amado, in the District of Arizona, United States Border Patrol (USBP) Agents encountered a Dodge Stratus at the Interstate 19 Immigration Checkpoint. Agents identified the driver as **Natasha Kathleen Leroux** and referred the vehicle to secondary for further inspection. In secondary, **Leroux** gave Agents consent to search the trunk. Inside the trunk, Agents discovered two people who were later identified as Ricardo Ramirez-Vazquez and Juan Soto-Vega. Agents conducted an immigration inspection and determined that Ricardo Ramirez-Vazquez and Juan Soto-Vega are not citizens or nationals of the United States and that they do not possess any documents that would allow them to enter or remain in the United States legally.

The material witnesses, Ricardo Ramirez-Vazquez and Juan Soto-Vega, stated that they had made arrangements to be smuggled into the United States in exchange for money. The material witnesses stated that after entering into the United States illegally, they were instructed to get inside the trunk of the vehicle.

In a post *Miranda* statement, **Natasha Kathleen Leroux** stated that she had made arrangements to smuggle illegal aliens through the Immigration Checkpoint in the trunk of the vehicle that she was driving. Furthermore, **Natasha Kathleen Leroux** stated that she was going to be paid $2000 to do so.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Ricardo Ramirez-Vazquez and Juan Soto-Vega

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA DPF *[signature]*<br>    Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE *[signature]* | SIGNATURE OF COMPLAINANT *[signature]*<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br><br>DATE<br>April 27, 2015 |

1) See Federal rules of Criminal Procedure Rules 3 and 54